COOLEY GODWARD KRONISH LLP
WHITTY SOMVICHIAN (194463) (wsomvichian@cooley.com)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone:     (415) 693-2000
Facsimile:     (415) 693-2222

Attorneys for Defendant
E*TRADE Securities LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSEPH ROLING, an individual, on his own, behalf and on behalf of all others similarly situated<br><br>               Plaintiff,<br><br>     v.<br><br>E*TRADE SECURITIES LLC, a Delaware Limited Liability Company, and DOES 1-50, inclusive,<br><br>            Defendants. | Case No. CV 10-488 (MHP)<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>Judge: Hon. Marilyn Hall Patel |

Pursuant to L.R. 6-1(a), Joseph Roling ("Plaintiff") and E*TRADE Securities LLC ("E*TRADE") stipulate as follows:

Whereas the complaint in the above-entitled action was filed on February 3, 2010;

Whereas Plaintiff has agreed to extend the time for E*TRADE to respond to the complaint;

Now, therefore, Plaintiff and E*TRADE stipulate as follows:

1.      E*TRADE shall have up to and including April 1, 2010, to answer or otherwise respond to the complaint.

**IT IS SO STIPULATED.**

//

//

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT
CASE NO. CV 10-488 (MHP)

1   Dated:  February 16, 2010                EDELSON MCGUIRE, LLC
2                                            JAY EDELSON (*pro hac vice* pending)
                                             STEVEN L. LEZELL (*pro hac vice* pending)
3                                            MICHAEL ASCHENBRENER (*pro hac vice* pending)

4                                            BY:  /s/ Steven L. Lezell
                                             STEVEN L. LEZELL
5                                            Attorneys for Plaintiff
                                             Joseph Roling

6

7   Dated: February 16, 2010                 COOLEY GODWARD KRONISH LLP
                                             WHITTY SOMVICHIAN (194463)
8
                                             BY:  /s/ Whitty Somvichian
9                                            WHITTY SOMVICHIAN (194463)
                                             Attorneys for Defendant
10                                           E*TRADE Securities LLC

11

12

13  FILER'S ATTESTATION:

14          Pursuant to General Order No. 45, § X(B) regarding signatures, I attest under penalty of

15  perjury that the concurrence in the filing of this document has been obtained from its signatories.

16  Dated: February 16, 2010
                                             BY:  s/ Whitty Somvichian
17                                               Whitty Somvichian (194463)

18

19

20  431101 v1/RE

21

22

23

24

25

26

27

28

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT
CASE NO. CV 10-488 (MHP)