| | |
|---|---|
| *Attorney or Party without Attorney:*<br>SEAN REIS, ESQ., Bar #184044<br>EDELSON MCGUIRE, LLP<br>7700 IRVINE CENTER DRIVE<br>SUITE 800<br>IRVINE, CA 92618<br>*Telephone No:* (714) 352-5200   *FAX No:* (714) 352-5201 | *For Court Use Only* |
| *Attorney for:* Plaintiff | *Ref. No. or File No.:* |

*Insert name of Court, and Judicial District and Branch Court:*

United States District Court For The Northern District Of California

*Plaintiff:* JOSEPH ROLING
*Defendant:* E*TRADE SECURITIES LLC

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>CV 10-00488 MHP |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Action; Class Action Complaint; Civil Cover Sheet; Notice Of Availability Of Magistrate Judge To Exercise Jurisdiction; Order Setting Conference; Case Management Conference; Standing Order For All Judges Of The Northern District Of California, Contents Of Joint Case Management Statement; Welcome To The U.S. District Court, San Francisco Information Package; Ecf Registration Information Handout; Order Setting Initial Case Management Conference And Adr Deadlines; Waiver Of The Service Of Summons (Blank); Notice Of Lawsuit And Request For Waiver Of Service Of Summons (Blank).

3. a. Party served:   E*TRADE SECURITIES LLC, a Delaware Limited Liability Company
   b. Person served:  LINH DANG, CSC LAWYERS INCORPORATING SERVICE, REGISTERED AGENT.

4. Address where the party was served:   2730 Gateway Oaks Drive
   Suite 100
   SACRAMENTO, CA 95833

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., Feb. 09, 2010 (2) at: 8:53AM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: E*TRADE SECURITIES LLC, a Delaware Limited Liability Company
   Under CCP 416.10 (corporation)

7. **Person Who Served Papers:**                                  Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. THOMAS MONTOYA                                              d. **The Fee** for Service was:   $144.43

   1814 "I" Street                                                e. I am: (3) registered California process server
   Sacramento, CA 95814                                              (i)   Independent Contractor
   Telephone   (916) 444-5111                                        (ii)  Registration No.:       2009-59
   Fax         (916) 443-3111                                        (iii) County:                 Sacramento
   www.firstlegalnetwork.com                                         (iv)  Expiration Date:        Tue, Jul. 05, 2011

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Wed, Feb. 10, 2010

*Signature:* Thomas Montoya

Judicial Council Form POS-010                PROOF OF SERVICE                THOMAS MONTOYA
Rule 2.150.(a)&(b) Rev January 1, 2007       SUMMONS IN A CIVIL              9165738.gg.seare.267452