# EXHIBIT B



| | Quotes | | Open An Account | Online Service Center | Feedback |
|---|---|---|---|---|---|
| | Enter Symbol or Name  US  GO | Search Enter Question or Keywords  GO | | | LOG ON |

| Home | Trading & Portfolios | Quotes & Research | Investing Products | Retirement & Guidance | Banking |

Open An Account | Products & Services | Forms & Applications | Contact Us | Corporate Services | About Us

January 29, 2010 4:46 PM ET

## View Commissions & Fees

Trading & Investing | Banking | Lending | Employee Stock Plans

Transaction Pricing | Margin Rates | Account Activity Fees | Special Request Fees

An E*TRADE Securities brokerage account offers outstanding value. In addition to low commissions, you get valuable free features like unbiased research, real-time quotes, personal service seven days a week, and more.

**Transaction Pricing**

### Brown Co Special Pricing

As a former Brown Co customer, you qualify for special stock, options, mutual fund commissions and margin rate plans.

**Stock and Options Trades**[2]

Market Order: $5.00
Limit Order: $10.00

**Simple Options**[2]
(options contract fee per contract)

Market Order: $5.00 + $0.75[1,3]
Limit Order: $10.00 + $0.75[1,3]

**Options Contract Fee**
(options contract fee per contract)

$0.75[3]

[1] $15.00 Minimum
[2] $12.00 Broker Assist Fee

### Complex Options

**Options/Options**[2]
(options contract fee per contract in both legs)

Market Order: $5.00 + $0.75[1,3]
Limit Order: $10.00 + $0.75[1,3]

**Stock/Options**[2]
(options contract/contract)

Market Order:
$5.00[1](equity) + $5.00(options) + $0.75[1,3] per contract

Limit Order:
$10.00[1](equity) + $10.00(options) + $0.75[1,3] per contract

**Options**[2]
**Exercise /Assignment**

$19.99

[1] $15.00 Minimum
[2] $12.00 Broker Assist Fee
[3] For options orders, an options regulatory fee of $0.014 per contract with a $0.04 minimum will apply.
* Click here to see footnote details and additional important information.

## Global Trading

**Global Trading Commissions[1]**

| Market | Canada (CAD) | France (EUR) | Germany (EUR) | Hong Kong[2] (HKD) | Japan (JPY) | United Kingdom[2] (GBP) |
|---|---|---|---|---|---|---|
| **Online Stock Trades** | 19.99 | 19.99 | 19.99 | 299.00 | 3,399.00 | 9.99 |
| **Broker-Assisted Stock Trades** (added to applicable online commission) | 55.00 | 35.00 | 35.00 | 350.00 | 5,500.00 | 25.00 |

[1] Global Trading commissions are charged to your Global Trading account in local currency, based on the market in which the trade was placed.

[2] Additional fees will apply to trades placed in the Hong Kong and UK markets, as shown in the table below.

**Additional Global Trading Fees[1]**

| Market | Hong Kong | United Kingdom |
|---|---|---|
| **Stamp Duty** | Principal x 0.1%, rounded to the next-highest HKD | Principal x 0.5% (buys only) |
| **Other Fees** | ■ **Trading Fee** – Principal x 0.005%<br>■ **Transaction Levy** – Principal x 0.004%<br>■ **CCASS Settlement Fee** – Principal x 0.002% (minimum HKD 2.00; maximum HKD 100.00) | **PTM Levy** – GBP 1.00 per order (only if executed principal amount exceeds GBP 10,000) |

[1] Fees shown will be added to the applicable Global Trading commissions and charged to your Global Trading account in local currency, based on the market in which the trade was placed.

## Mutual Funds

| | |
|---|---|
| **No-load, no-transaction-fee funds[1]** | $0 |
| **Transaction-fee funds** | $5.00 per Buy, Sell or Exchange |
| **Load funds** | See prospectus for amount of load |
| **Broker-assisted trades** | $12 plus the applicable commission |

[1] You can invest in the mutual funds available through E*TRADE Securities' no-load, no-transaction fee program without paying loads, transaction fees, or commissions. To discourage short-term trading, E*TRADE Securities will charge an Early Redemption Fee of $49.99 on redemptions or exchanges of no-load, no transaction fee funds that are held less than 90 days. Direxion, ProFunds and Rydex mutual funds, or funds held at least 90 days will not be subject to the Early Redemption Fee. All fees and expenses as described in the fund's prospectus still apply. Please read the fund's prospectus carefully before investing.

## Bonds

| | |
|---|---|
| **US Treasury Auction** | $0 |
| **US Treasury Secondary Trades Online** | $0 |
| **Online Secondary Trades*** | $1 per bond (minimum $10, maximum $250) |
| **Rep Assisted Trades** | Online secondary pricing plus $20 commission |

| Through Investment Product Specialists | Net yield basis† |
| --- | --- |
| New Issues (except Treasury Auction) | Offering price includes a selling concession |

*Includes Agency bonds, Corporate bonds, Municipal bonds, Brokered CDs, Pass-thrus, CMOs, Asset Backed Securities.

†Secondary market trades executed through an Investment Product Specialist will be effected on a net yield basis, where E*TRADE Securities will act as principal. When acting as principal, we will add a markup to any purchase, and subtract a markdown from every sale. The markup or markdown will be included in the price quoted to you and will vary depending on the characteristics of the particular security or CD.

Transaction Pricing | Margin Rates | Account Activity Fees | Special Request Fees                                      Back to top

## Margin Rates[1]

Base Rate effective as of 10/14/2008 = 3.99%[2]

### Stock and Options

| Debit Balance | Margin Rate |
| --- | --- |
| $1,000,000 or more | **2.74%** (1.25% below base rate) |
| $500,000 to $999,999 | **3.49%** (0.50% below base rate) |
| $250,000 to $499,999.99 | **4.49%** (0.50% above base rate) |
| $100,000 to $249,999.99 | **5.49%** (1.50% above base rate) |
| $50,000 to $99,999.99 | **6.49%** (2.50% above base rate) |
| $25,000 to $49,999.99 | **6.99%** (3.00% above base rate) |
| Less than $24,999.99 | **7.49%** (3.50% above base rate) |

Margin trading involves risks and is not suitable for all investors. Rates are subject to change without notice. Rates are set at the discretion of E*TRADE Securities with reference to commercially recognized interest rates, such as the broker call loan rate.

[1] Margin transactions involve additional risks, including the risk that you could lose more money than you deposit in your account. For complete information, read the FINRA Margin Disclosure Statement.

[2] The base rate is set at E*TRADE Securities' discretion with reference to commercially recognized interest rates, such as the broker call loan rate. Base rates are subject to change without prior notice.

Transaction Pricing | Margin Rates | Account Activity Fees | Special Request Fees                                      Back to top

### Account Activity Fees

| | |
| --- | --- |
| Volume Rebate | E*TRADE Securities will continue to offer Volume Rebates for active traders. When your Stock, Options and Fixed income commissions exceed $350 a month in one account, you'll receive our volume rebate and automatically get back 10% of the total amount of your commissions for that month. |
| No minimum Account Balance | There are no minimum balances to maintain after your account has been opened. Of course, you must have sufficient cash or equity in your account on trade date whenever you make a trade.[1] |
| No Minimum Transaction Requirement | There are no minimum transaction requirements; you can trade as often or as infrequently as you like. |
| No Inactivity Fees | E*TRADE Securities will not charge fees when your account is inactive for a period of time. |
| Check Returned for Non-sufficient Funds | **$25** for first occurrence<br>**$30** for second occurrence<br>**$40** for third occurrence |
| Fed Call Extensions | **$25** |
| Limited Partnership Fee[2] | **$75** |

| | |
|---|---|
| Reorganizations | $20 for mandatory actions (e.g., mergers, reverse stock splits)<br>$30 for voluntary actions (e.g., tender offers)<br>$50 for actions reflected on physical certificates |
| Restricted Securities Custody | $150 |
| Verification of Deposits (third parties) | $20 |
| Worthless Securities Processing | $5 |
| American Depositary Receipts (ADRs) Custody Fee | $.01-$.05 per share[3] |

[1] Margin accounts are required to maintain at least $2,000 ($25,000 in the case of pattern day traders) in equity.

[2] A one-time fee applied when the custodian of a limited partnership is changed from another brokerage firm to E*TRADE Securities.

[3] Transfer agents and banks that sponsor American Depositary Receipts (ADRs) are permitted to charge ADR holders an annual custody fee. The fee is administered through the Depository Trust Company (DTC) which will be subtracted from the gross dividend amount payable or collected from E*TRADE Clearing by the DTC and deducted from your account if the ADR does not pay a dividend. The fee will be posted to your monthly account statement and transaction history pages as "ADR Custody Fee."

Transaction Pricing | Margin Rates | Account Activity Fees | Special Request Fees                                Back to top

**Special Request Fees**

| | |
|---|---|
| Overnight Mail | $20 |
| Account Transfers (outgoing) | $0 for partial transfers<br>$60 for full transfers |
| Check Copies | $15 per copy |
| Check Requests | $10 per request |
| Checkbook Reorders | $8.25 for 75 checks<br>(reorder fee waived for customers with $50,000 or more in combined E*TRADE Securities and E*TRADE Bank accounts or who make at least 30 stock or options trades per quarter.) |
| Stop Payment Requests | $25 |
| IRA Premature Distributions | $0 |
| Establishing money purchase or profit sharing plan for employees | $0 |
| Excess contribution removal | $0 |
| Stock Certificate Requests | $40 per certificate ($75 per certificate effective 1/9/2009) |
| Foreign Stock Certificate Requests | $250 per certificate |
| Wire Transfers | $0 incoming<br>$25 outgoing |
| Duplicate Account Statements or Tax Forms | $5 per statement or form (access these documents online for free) |

**Related Topics**                                                                                               Back to top
View retirement account fees
Understand ECN fees
View Coverdell, UTMA, and 529 plan fees
View money market fund and credit interest yields
View the fees charged to my accounts each quarter

Investment Products:  •  Not FDIC Insured  •  No Bank Guarantee  •  May Lose Value

**PLEASE READ THE IMPORTANT DISCLOSURES BELOW**

Case 3:10-cv-00488-EMC   Document 14-2   Filed 04/28/10   Page 6 of 6

The E*TRADE FINANCIAL family of companies provides financial services that include trading, investing and related banking products and services to retail investors.

Banking products and services are offered by E*TRADE Bank, a Federal savings bank, Member FDIC, or its subsidiaries. FDIC deposit insurance temporarily increased from $100,000 to $250,000 per depositor through December 31, 2013.

**System response and account access times may vary due to a variety of factors, including trading volumes, market conditions, system performance, and other factors.**

Statement of Financial Condition | About Brokerage Insurance | Customer Account Agreements | Privacy Statement | Business Continuity Plan
Online Security | Contact Us | About Us | Careers@etrade

© 2010 E*TRADE FINANCIAL Corp. All rights reserved. Version 1.0. 24w24m3.3