UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ROLING, et al., | No. C10-0488 EMC |
|     Plaintiffs, | |
|     v. | **ORDER SETTING BRIEFING SCHEDULE RE MOTION FOR CLASS CERTIFICATION AND DISCOVERY CUT OFF DATES** |
| E*TRADE SECURITIES LLC, et al., | |
|     Defendants. | |

    Pursuant to Parties' Joint Case Management Statement filed on June 21, 2011, this Court will not rule on Plaintiffs' Initial Motion for Class Certification on June 2, 2011 (Docket No. 78), however, set the following briefing schedule:

    12/1/2011               Plaintiffs' Finalized Motion for Class Certification due

    1/12/2012               Defendant's Opposition due

    2/13/2012               Plaintiffs' Reply due

    3/2/2012 at 1:30 pm   Hearing on Motion for Class Certification

    IT IS FURTHER ORDERED that first phase discovery cutoff is 11/1/2011. Second phase discovery cutoff is 5/10/2012.

    IT IS SO ORDERED. This order disposes Docket No. 78.

Dated: June 27, 2011

_____
EDWARD M. CHEN
United States District Judge