Sean Reis (SBN 184044)
Edelson McGuire, LLP
30021 Tomas Street, Suite 300
Rancho Santa Margarita, California 92688
Tel: (949) 459-2124
Fax: (949) 459-2123
sreis@edelson.com

Rafey S. Balabanian (Admitted *Pro Hac Vice*)
Steven L. Lezell (Admitted *Pro Hac Vice*)
Ari J. Scharg (Admitted *Pro Hac Vice*)
Edelson McGuire, LLC
350 North LaSalle, Suite 1300
Chicago, Illinois 60654
Tel: (312) 589-6370
Fax: (312) 589-6378
rbalabanian@edelson.com
slezell@edelson.com
ascharg@edelson.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSEPH ROLING and ALEXANDER LANDVATER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>E*TRADE SECURITIES LLC, a Delaware limited liability company, and DOES 1-50, inclusive,<br><br>Defendants. | Case No.: 3:10-cv-00488-EMC<br><br>The Honorable Edward M. Chen<br><br>**STIPULATION TO EXTEND DISCOVERY DEADLINES** |

Plaintiffs Joseph Roling and Alexander Landvater (collectively "Plaintiffs"), and Defendant E*TRADE Securities, LLC ("E*TRADE") (Plaintiffs and E*TRADE are collectively referred to as the "Parties"), pursuant to Fed. R. Civ. P. 6 and L.R. 7-12, hereby stipulate and agree to extend the class discovery deadline by sixty (60) days, and modify the Discovery Plan. (Dkt. No. 69.) In support of their Stipulation, the Parties state as follows:

1. Plaintiffs Joseph Roling and Alexander Landvater filed this putative class action lawsuit against E*Trade Securities LLC on February 3, 2010. (Dkt. No. 1.)

2. As set forth in the Revised Discovery Plan, which was approved by the Court on February 2, 2011, discovery in this matter has been bifurcated into class and merits phases, with class discovery closing on November 1, 2011. (Dkt. No. 69.)

3. Good cause exists to extend the class discovery period by sixty (60) days. This case concerns a putative class that is potentially comprised of millions customers. As such, the Parties have exchanged thousands of documents relating to customer contracts and agreements dating back to 2001, and are still in the process of producing relevant documents. Additionally, several depositions still need to be taken, and Plaintiffs just received on Friday, October 14, firm dates for certain Rule 30(b)(6) witnesses of E*Trade.

4. Extending the discovery cut-off date by sixty (60) days will allow the Parties to finish taking depositions, and also to issue any follow up discovery that may be necessary after the depositions have been taken.

5. The district court is given broad discretion in supervising the pretrial phase of litigation." *Zivkovic v. Southern California Edison Co.*, 302 F.3d 1080, 1087 (9th Cir. 2002). The court may modify the discovery deadline only for good cause. Fed. R. Civ. P. 16(b)(4); *Zivkovic*, 302 F.3d at 1087. Good cause to extend a deadline exists when the deadline "cannot reasonably be met despite the diligence of the party seeking the extension." Fed. R. Civ. P 16 Advisory Comm. Notes (1983 Am.); *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 607 (9th Cir. 1992).

6. The Parties have been diligently engaged in discovery in this matter, and the

STIPULATION TO EXTEND DISCOVERY DEADLINES 2 CASE NO. 3:10-CV-00488-EMC

requested extension will not prejudice either party. The Parties do not anticipate any future extensions or modification of the Discovery Plan currently in place.

7. This Stipulation, and the requested extension sought herein, is not brought for the purposes of delay.

NOW THEREFORE, the Parties hereby, STIPULATE and AGREE, subject to Court approval, that the Court extend the class discovery deadline by sixty (60) days, and modify the Discovery Plan as follows:

| | | | |
|---|---|---|---|
| a. | First Phase Discovery Cutoff: | | January 3, 2012 |
| b. | Plaintiffs' Supplemental Motion for Class Certification: | | February 17, 2012 |
| c. | Defendant's Opposition to Plaintiffs' Motion for Class Certification: | | March 30, 2012 |
| d. | Plaintiffs' Reply In Support of their Motion for Class Certification: | | April 20, 2012 |
| e. | Hearing on the Motion for Class Certification: | | May 4, 2012 |
| f. | Second Phase Discovery Cutoff: | | August 7, 2012 or 3 months following ruling on Class Cert., whichever is later |
| g. | Deadline for Dispositive Motions: | | October 8, 2012 or 60 days following close of merits discovery, whichever is later |

//
//
//
//
//
//
//

Respectfully submitted,

Dated: October 18, 2011

JOSEPH ROLING and ALEXANDER LANDVATER, individually and on behalf of a class of similarly situated individuals,

By: /s/ Rafey S. Balabanian
    One of Plaintiffs' attorneys

    Rafey S. Balabanian (Admitted *Pro Hac Vice*)
    Edelson McGuire, LLC
    350 North LaSalle, Suite 1300
    Chicago, Illinois 60654
    Tel: (312) 589-6370
    rbalabanian@edelson.com

Dated: October 18, 2011

E*TRADE SECURITIES, LLC,

By: /s/ Whitty Somvichian
    Whitty Somvichian (194463)
    Cooley LLP
    101 California Street, Fifth Floor
    San Francisco, California 94111-5800
    Tel: (415) 693-2000
    wsomvichian@cooley.com

    Douglas P. Lobel (Admitted *Pro Hac Vice*)
    11951 Freedom Drive
    Reston, Virginia 20190
    Tel: (703) 456-8000
    dlobel@cooley.com

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: 10/18/2011

_____
HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Edward M. Chen]

STIPULATION TO EXTEND DISCOVERY DEADLINES      4      CASE NO. 3:10-CV-00488-EMC