COOLEY LLP
MARTIN S. SCHENKER (109828)
WHITTY SOMVICHIAN (194463)
101 California Street, Fifth Floor
San Francisco, California 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222
Email: mschenker@cooley.com
Email: wsomvichian@cooley.com

COOLEY LLP
DOUGLAS P. LOBEL (*pro hac vice*)
11951 Freedom Drive, Suite 1600
Reston, Virginia 20190
Telephone: (703) 456-8000
Facsimile: (703) 456-8100
Email: dlobel@cooley.com

Attorneys for Defendant
E*TRADE SECURITIES LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JOSEPH ROLING and ALEXANDER LANDVATER, individuals and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>E*TRADE SECURITIES LLC, a Delaware limited liability company, and Does 1-50, inclusive,<br><br>　　　　　　　Defendants. | Case No. CV 10-488 EMC<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING OVERLENGTH BRIEF ON RENEWED MOTION FOR SUMMARY JUDGMENT** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

505500•RE

**STIPULATION RE OVERLENGTH BRIEFS**
**CV 10-488 EMC**

1  IT IS HEREBY STIPULATED by and between plaintiffs Joseph Roling and Alexander Landvater ("Plaintiffs") and E*TRADE Securities LLC ("E*TRADE"), that:

1. E*TRADE may file an overlength brief, not to exceed 30 pages, in support of its Renewed Motion for Summary Judgment, which E*TRADE intends to file on February 3, 2012 (the "Motion"); and

2. Plaintiffs may file an overlength brief, not to exceed 30 pages, in opposition to the Renewed Motion within 14 days of filing and service of E*TRADE's brief as permitted by the Local Rules of this Court. If Plaintiffs file an amended complaint on or before January 27, 2011, E*TRADE will then immediately withdraw its currently-pending Motion for Summary Judgment, and thus Plaintiffs' present deadline of January 31, 2012 for filing an Opposition to the currently-pending motion (along with the Hearing scheduled for February 24, 2012) will be removed from the calendar.

IT IS SO STIPULATED.

Dated: January 25, 2012    EDELSON MCGUIRE LLP

By: /s/ Steven L. Woodrow
Steven L. Woodrow (*pro hac vice*)

Counsel for Plaintiffs

Dated: January 25, 2012    COOLEY LLP

By: /s/ Douglas P. Lobel
Douglas P. Lobel (*pro hac vice*)

Attorneys for Defendant
E*TRADE SECURITIES LLC

IT IS SO ORDERED.

Dated: 1/25/12

The Honorable
United States

IT IS SO ORDERED
Judge Edward M. Chen

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

505500•RE

- 1 -    STIP. RE OVERLENGTH BRIEFS
CV 10-488 EMC