EDELSON MCGUIRE LLP
Sean P. Reis (SBN 184044)
(sreis@edelson.com)
30021 Tomas Street, Suite 300
Rancho Santa Margarita, California 92688
Telephone: (949) 459-2124
Facsimile: (949) 459-2123

EDELSON MCGUIRE LLC
Jay Edelson (Admitted *Pro Hac Vice*)
(jedelson@edelson.com)
Rafey S. Balabanian (Admitted *Pro Hac Vice*)
(rbalabanian@edelson.com)
Steven L. Woodrow (Admitted *Pro Hac Vice*)
(swoodrow@edelson.com)
Ari J. Scharg (Admitted *Pro Hac Vice*)
(ascharg@edelson.com)
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Telephone: (312) 589-6370
Facsimile: (312) 589-6378

*Counsel for Plaintiffs* JOSEPH ROLING and ALEXANDER LANDVATER,

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSEPH ROLING and ALEXANDER LANDVATER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>E*TRADE SECURITIES, LLC, a Delaware limited liability company, and DOES 1-50, inclusive,<br><br>Defendants. | Case No.  3:10-cv-00488-EMC<br><br>[Honorable Edward M. Chen]<br><br>**SECOND AMENDED CLASS ACTION COMPLAINT AND JURY DEMAND** |

# Filed Under Seal

# **CERTIFICATE OF SERVICE**

     I, Steven Woodrow, an attorney, hereby certify that on January 27, 2012, I served an unredacted version of ***Plaintiffs' Second Amended Class Action Complaint and Jury Demand*** on counsel for Defendant E*Trade by electronic mail.

WHITTY SOMVICHIAN (wsomvichian@cooley.com)
COOLEY LLP
101 California Street, Fifth Floor
San Francisco, California 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

DOUGLAS P. LOBEL (dlobel@cooley.com)
DAVID VOGEL (dvogel@cooley.com)
MOSHE ROTHMAN (mrothman@cooley.com)
HILARIE LAING (hlaing@cooley.com)
COOLEY LLP
11951 Freedom Drive, Suite 1600
Reston, Virginia 20190
Telephone: (703) 456-8000
Facsimile: (703) 456-8100

                                        /s/ Steven Woodrow