UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ROLING, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>E*TRADE SECURITIES LLC,<br><br>    Defendant.<br>_____/ | No. C-10-0488 EMC<br><br>**ORDER RE BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE**<br><br>**(Docket No. 153)** |

Plaintiffs have moved for relief from the nondispositive order of Judge Spero, dated January 17, 2012. *See* Docket No. 11 (order). Pursuant to Civil Local Rule 72-2, the Court orders E*Trade to file a response to Plaintiffs' motion within a week of the date of this order. Absent further order of the Court, there shall be no reply brief and no hearing on Plaintiffs' motion.

IT IS SO ORDERED.

Dated: January 30, 2012

_____
EDWARD M. CHEN
United States District Judge