Sean P. Reis (SBN 184044)
(sreis@edelson.com)
EDELSON MCGUIRE LLP
30021 Tomas Street, Suite 300
Rancho Santa Margarita, California 92688
Tel: 949.459.2124
Fax: 949.459.2123

Rafey S. Balabanian (Admitted *Pro Hac Vice*)
(rbalabanian@edelson.com)
Steven L. Woodrow (Admitted *Pro Hac Vice*)
(swoodrow@edelson.com)
Ari J. Scharg (Admitted *Pro Hac Vice*)
(ascharg@edelson.com)
EDELSON MCGUIRE LLC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Counsel for Plaintiffs and the putative classes*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSEPH ROLING and ALEXANDER LANDVATER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>E*TRADE SECURITIES LLC, a Delaware limited liability company, and DOES 1-50, inclusive,<br><br>Defendants. | Case No.: 3:10-cv-00488-EMC<br><br>[Honorable Edward M. Chen]<br>AMENDED<br>[P~~RO~~POSED] ORDER ~~GRANTING~~ DENYING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENT UNDER SEAL PURSUANT TO CIVIL L.R. 7-11 AND 79-5 |

1  The Court has considered Plaintiffs' Administrative Motion to File Document Under Seal
2  Pursuant to Civil Local Rules 7-11 and 79-5 and the accompanying Declaration of Ari J. Scharg.
3      1.     Good cause having been shown, those identified redacted portions of Plaintiffs'
4  Second Amended Complaint shall remain sealed, subject to E*TRADE's compliance with Local
5  Rule 79-5(d).
6      Accordingly, the Court hereby Orders that, pursuant to Local Rule 79-5(d), within 7 days,
7  E*TRADE shall file with the Court and serve a declaration establishing that the document set
8  forth above is partially sealable, and shall lodge and serve a narrowly tailored proposed sealing
9  order, or must withdraw the designation of confidentiality. If E*TRADE does not file its
10 declaration as required by Local Rule 79-5(d), the document set forth above shall be filed and
11 made part of the public record.

E*Trade has informed the Court that the document at issue need not be filed under seal. Accordingly, Plaintiffs are ordered to publicly file the document upon receipt of this order.

13 Dated: 2/21/12

_____
Hon. Edward M. Chen
U.S. District Court Judge
Northern District



[Proposed] Order Granting Plaintiffs' Administrative Motion to File Document Under Seal
Case No. 3:10-cv-00488-EMC

2