Sean P. Reis (SBN 184044)
EDELSON MCGUIRE LLP
30021 Tomas Street, Suite 300
Rancho Santa Margarita, California 92688
Tel: 949.459.2124
Fax: 949.459.2123
sreis@edelson.com

Jay Edelson (Admitted *Pro Hac Vice*)
Rafey S. Balabanian (Admitted *Pro Hac Vice*)
Steven L. Woodrow (Admitted *Pro Hac Vice*)
Ari J. Scharg (Admitted *Pro Hac Vice*)
Benjamin S. Thomassen (Admitted *Pro Hac Vice*)
EDELSON MCGUIRE LLC
350 North LaSalle, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378
jedelson@edelson.com
rbalabanian@edelson.com
swoodrow@edelson.com
ascharg@edelson.com
bthomassen@edelson.com

*Counsel for Plaintiffs*
[additional counsel appear on signature page]

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSEPH ROLING and ALEXANDER LANDVATER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>E*TRADE SECURITIES LLC, a Delaware limited liability company, and DOES 1-50, inclusive,<br><br>Defendants. | Case No.: 3:10-cv-00488-EMC<br><br>[Honorable Edward M. Chen]<br><br>**PLAINTIFFS' RESPONSE IN OPPOSITION TO E*TRADE'S MOTION FOR SUMMARY JUDGMENT AND REQUEST FOR RELIEF UNDER FEDERAL RULE 56(d)** |

**[FILED PARITALLY UNDER SEAL]**

## CERTIFICATE OF SERVICE

I, Sean Reis, an attorney, hereby certify that on February 24, 2012, I served an un-redacted version of *Plaintiffs' Opposition to E*TRADE's Motion for Summary Judgment*, on counsel for Defendant E*TRADE by electronic mail.

WHITTY SOMVICHIAN (wsomvichian@cooley.com)
COOLEY LLP
101 California Street, Fifth Floor
San Francisco, California 94111-5800
Telephone: (415) 693-2000
Facsimile:  (415) 693-2222

DOUGLAS P. LOBEL (dlobel@cooley.com)
DAVID VOGEL (dvogel@cooley.com)
MOSHE ROTHMAN (mrothman@cooley.com)
HILARIE LAING (hlaing@cooley.com)
COOLEY LLP
11951 Freedom Drive, Suite 1600
Reston, Virginia 20190
Telephone: (703) 456-8000
Facsimile: (703) 456-8100

　　　　　　　　　　　　　　　　　　　　**/s/ Sein Reis**

PLS.' OPP. TO SUMM. J.
CASE NO.: 3:10-cv-00488-EMC