UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSEPH ROLING and ALEXANDER LANDVATER, individuals and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>E*TRADE SECURITIES LLC, a Delaware limited liability company, and Does 1-50, inclusive,<br><br>Defendants. | Case No. 10-CV-488 EMC<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION OF DISMISSAL**<br><br>Judge:  Hon. Edward M. Chen |

**[PROPOSED] ORDER GRANTING
JOINT STIPULATION OF DISMISSAL
10-CV-488 EMC**

1  PURSUANT TO STIPULATION, IT IS SO ORDERED that all claims made in this
2  action are hereby dismissed with prejudice, with each party to bear its own costs and attorneys'
3  fees.

5  DATED: ___9/10_____, 2012  _____
6  THE HONORABLE
   United States D[istrict Judge]

IT IS SO ORDERED

Judge Edward M. Chen

- 1 -

[PROPOSED] ORDER GRANTING
JOINT STIPULATION OF DISMISSAL
10-CV-488 EMC